United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PYNQ LOGISTICS SERVICES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX GROUND PACKAGING SYSTEM, INC., et al.,<br><br>Defendants. | Case No. 23-cv-05881-SK<br><br>**ORDER GRANTING MOTION TO DISMISS DEFENDANT GATESMAN**<br><br>Regarding Docket No. 34 |

This matter comes before the Court upon consideration of the motion to dismiss filed by Defendant Gatesman, Inc. d/b/a The Gatesman Agency ("Gatesman"). Gatesman moved to dismiss Plaintiff's complaint on the grounds of lack of personal jurisdiction, improper venue, and failure to state a claim. The Court finds the motion suitable for disposition without oral argument and VACATES the hearing scheduled for June 17, 2024. *See* N.D. Civ. L.R. 7-1(b). Having carefully considered the parties' papers, relevant legal authority, and the record in the case, the Court hereby GRANTS Defendant's motion for the reasons set forth below.

Pursuant to Northern District Civil Local Rule 7-3(a), Plaintiff's opposition was originally due to be filed by no later than May 13, 2024. However, pursuant to a stipulation, the Court extended Plaintiff's deadline to May 22, 2024. To date, Plaintiff has not filed any opposition. Therefore, the Court GRANTS Gatesman's motion to dismiss as unopposed. The claims against Gatesman are DIMISSED WITH PREJUDICE.

**IT IS SO ORDERED**.

Dated: June 3, 2024

_____
SALLIE KIM
United States Magistrate Judge